**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

JOSEPH MANUEL GARDEA,      )   NO.  CV 15-03074-AS
                       )
         Plaintiff,   )
                       )    **JUDGMENT**
      v.           )
                       )
CAROLYN W. COLVIN,          )
Acting Commissioner of Social   )
Security,                 )
                       )
         Defendant.   )
_____)

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

    DATED:  April 12, 2016.

                                  /s/
                _____
                    ALKA SAGAR
          UNITED STATES MAGISTRATE JUDGE