Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Joseph Manuel Gardea

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH MANUEL GARDEA, | ) Case No.: 2:15-cv-03074-AS |
|---|---|
| Plaintiff, | ) {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,800.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $14.61 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  September 20, 2016

　　　　　　　　　　　　　　/ s / Alka Sagar
　　　　　　　　　　　　　THE HONORABLE ALKA SAGAR
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE